

LAW OFFICE OF
# OPAL F. HINDS

December 13, 2016

Honorable Robert E. Littlefield, Jr.
U.S. Bankruptcy Court Judge
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York  12207

**RE:   Timothy Malark and Ella Malark
Bankruptcy Case No. 16-10057 Chapter 13
Nationstar Mortgage**

Dear Judge Littlefield:

Please be advised that Nationstar Mortgage extends a trial modification to the Malarks.

Respectfully yours,

*Opal F. Hinds*
OPAL F. HINDS

OFH/bmb
cc: Timothy and Ella Malark
    Barbara Whipple, Esq.