So Ordered.

Signed this 21 day of September, 2017.

                                               Robert E. Littlefield, Jr.
                                               United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Ella Malark and
      Timothy Malark

                            Debtor(s).

Case No. 16-10057
Chapter 13

**STIPULATION AND ORDER AUTHORIZING PARTIES TO ENTER INTO LOAN MODIFICATION AND DIRECTING TREATMENT OF MORTGAGE CLAIM**

WHEREAS, the Debtor(s) are owners of property located at 1681 Hekderberg Traim, Berne, NY ("Property") and Selene Finance LP ("Creditor") is the holder of a note in the original amount of $115,000.00 ("Note") and mortgage ("Mortgage") against the Property securing the Note; and

WHEREAS, a Loss Mitigation Order granting Debtor(s)' Loss Mitigation Request was entered on 2/10/2016 ; and

WHEREAS, the Loss Mitigation Parties and their respective attorneys have negotiated in good faith and reached an agreement to modify the terms of the Note and Mortgage ("Loan Modification Agreement") and require court approval to enter into such modification.

NOW, IT IS HEREBY STIPULATED AND AGREED as follows:

(LM:10 Stip. & Order Auth. Loan Mod. rev. 01-04-2017)

1

1. The automatic stay imposed by 11 U.S.C. § 362(a) upon the filing of the Debtor(s)' petition is hereby modified solely for the purpose of allowing the Debtor(s) and Creditor to execute and record a Loan Modification Agreement; and

2. Debtor(s) and Creditor are hereby authorized to execute and record the Loan Modification Agreement annexed hereto as **Exhibit A**; and

3. Below is a comparison of the terms of the Note and Mortgage and Loan Modification Agreement:

| Current Terms | | Modified Terms | |
|---|---|---|---|
| Unpaid Principal Balance | $ 103,429.51 | Unpaid Principal Balance | $97,900.00 |
| | | Principal Amount Forgiven | $42,049.86 |
| Maturity Date | 6/1/2037 | Maturity Date | 5/01/2057 |
| | | Term of modification | |
| Payment Due Date | 1st of month | Payment Due Date | 1st of month |
| Monthly Payment | $1153.69 | Monthly Payment | $867.30 |
| Principal and Interest | $708.07 | Principal and Interest | $379.26 |
| Escrow | $ 445.62 | Escrow | $ 488.04 |
| Interest Rate | 6.25 | Interest Rate | 3.5 |
| Other Salient Terms (*e.g.*, balloon payment) | | Other Salient Terms (*e.g.*, balloon payment) | |
| | | Additional Amount Capitalized | $ |

4. The secured claim for prepetition mortgage arrears filed by the Creditor as Claim No. - __10-1__ on the PACER Claim Register ("Claim") is deemed modified to reflect the amount paid by the Trustee as of the date of entry of this Order, with any and all balance due on said Claim reduced to zero ($0.00); and

2

(LM:10 Stip. & Order Auth. Loan Mod. rev. 01-04-2017)

5.  The Trustee is hereby directed to *[please check appropriate box below]*:

  [✔] Cease all further payments to Creditor on the Claim and on any and all Notices of Postpetition Fees and Costs filed in connection with the Claim in this case.

  [ ] Make the ongoing post-petition mortgage payment to Creditor as set forth in Debtor(s)' chapter 13 plan.

Dated: 9/18/17

_____, Esq.
(Print Name) Attorney for Debtor(s)

Dated: _____
Debtor

Dated: _____
Debtor

Dated: 9/15/2017

_____, Esq.
Barbara Whipple, Esq.
(Print Name) Attorney for Creditor

Dated: 9/18/17

_____
Choose Trustee
Standing Chapter 13 Trustee

###

3

(LM:10 Stip. & Order Auth. Loan Mod. rev. 01-04-2017)