**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: Ella Malark and Timothy Malark

Case No.: 16-10057

Division: Albany

Adversary Proceeding No. (if applicable):

- ☐ Adjournment Request[2] for Hearing on Motion at Docket No.: ___133___

    Reason for Adjournment Request: I have a trial tomorrow in another court

    Original Return Date of Motion: 9/19/2019

    Number of prior adjournment request that have been made ___0___

- ☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: _____ at Docket No.: _____

- ☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: October 3rd, 2019

Requested Adjourned Hearing Date: October 17th, 2019

Requesting Attorney's Name, Office Address, Phone and Email Address:
Opal F. Hinds
650 Franklin Street, Suite 304
Schenectady, NY 12305

Consent of All Parties Obtained?    ☒ Yes  ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Richard Postiglione, Esq.; Andrea E. Celli, Esq.

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>. When E-Filing, This Form Must Be Linked to the <u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)